**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Illinois

Case number (if known): _____ Chapter 15

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

FEB 19 2020

JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding

12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | |
|---|---|
| **1. Debtor's name** | MARK, MANNING |
| **2. Debtor's unique identifier** | **For non-individual debtors:**<br><br>☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___<br><br>☐ Other _____. Describe identifier _____<br><br>**For individual debtors:**<br><br>☑ Social Security number: xxx – xx– 9 6 5 5<br><br>☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ___ ___ ___ ___<br><br>☑ Other 47-4885615 . Describe identifier _____ |
| **3. Name of foreign representative(s)** | International Organization Foreign Grantor - Mark Manning #98-6087069 |
| **4. Foreign proceeding in which appointment of the foreign representative(s) occurred** | IRS - SS4 Living phone request |
| **5. Nature of the foreign proceeding** | *Check one:*<br>☑ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| **6. Evidence of the foreign proceeding** | ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br><br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br><br>☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>**SEE attached NON UCC "RE 205 671 207 US" and IRS Transfer Form 926**<br>**International Organization Foreign Grantor Filed "FOR" the DEBTOR** |
| **7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☑ Yes |

| Debtor | **MARK, MANNING** | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

---

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

---

**9. Addresses**

**Country where the debtor has the center of its main interests:**

UNITED STATES "DC"

**Debtor's registered office:**

1245 N LOCKWOOD AVENUE
Number          Street

P.O. Box

CHICAGO                    IL        60651
City          State/Province/Region    ZIP/Postal Code

UNITED STATES "DC"
Country

**Individual debtor's habitual residence:**

1245 - N LOCKWOOD AVENUE
Number          Street

P.O. Box

CHICAGO              IL      60651
City       State/Province/Region   ZIP/Postal Code

UNITED STATES - DC
Country

**Address of foreign representative(s):**

c/o: 1245 n Lockwood Avenue
Number          Street

P.O. Box

Chicago              Il      60651
City       State/Province/Region   ZIP/Postal Code

Republic of the United States of America
Country

---

**10. Debtor's website (URL)**

_____

---

**11. Type of debtor**

*Check one:*

☐ Non-individual (*check one*):

   ☐ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

   ☐ Partnership

   ☐ Other. Specify: _____

☑ Individual

---

| Debtor | **MARK, MANNING** | Case number (if known) |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this district*?**

Check one:

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____

☑ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
NON UCC "RE 205 671 207 US and IRS Transfer Form 926
_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _Mark Manning_                              Mark; Manning
Signature of foreign representative              Printed name

Executed on  02/01/2020
             MM / DD / YYYY

✗ _____        _____
Signature of foreign representative              Printed name

Executed on  _____
             MM / DD / YYYY

**14. Signature of attorney**

✗ _____  Date  _____
Signature of Attorney for foreign representative      MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number        Street

_____    _____  _____
City                                            State      ZIP Code

_____    _____
Contact phone                                   Email address

_____    _____
Bar number                                      State

Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | MARK | LINDEN | MANNING |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois ▼

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.** 1245 N Lockwood Avenue
Street address, if available, or other description

Chicago          IL      60651
City              State   ZIP Code

Cook
County

**What is the property?** Check all that apply.
☐ Single-family home
☑ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: P.I.N # 16041280050000 /770'

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ 240,000.00

**Current value of the portion you own?**
$ 50,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Life Estate Family estate

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2.** _____
Street address, if available, or other description

_____

City              State   ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ _____

**Current value of the portion you own?**
$ _____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ Check if this is community property (see instructions)

1.3. _____
Street address, if available, or other description

_____

_____
City                State    ZIP Code

_____
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** | **Current value of the portion you own?**
$_____ | $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ..............................➔ $_____

---

**Part 2:  Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
- ☐ No
- ☐ Yes

3.1. Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

[ ]

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** | **Current value of the portion you own?**
$_____ | $_____

If you own or have more than one, describe here:

3.2. Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

[ ]

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** | **Current value of the portion you own?**
$_____ | $_____

3.3.  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $_____ | $_____ |

3.4.  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $_____ | $_____ |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ☐ Yes

4.1.  Make: _____

Model: _____

Year: _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $_____ | $_____ |

If you own or have more than one, list here:

4.2.  Make: _____

Model: _____

Year: _____

Other information:

_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $_____ | $_____ |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...........................................................→  $_____

| Part 3: | Describe Your Personal and Household Items |
|---|---|

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☐ Yes. Describe.........    $ _____

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☐ Yes. Describe.........    $ _____

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
☐ Yes. Describe.........    $ _____

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
☐ Yes. Describe.........    $ _____

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☐ No
☐ Yes. Describe.........    $ _____

11. **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☐ Yes. Describe.........    $ _____

12. **Jewelry**
Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☐ Yes. Describe.........    $ _____

13. **Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
☐ Yes. Describe.........    $ _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**
☐ No
☐ Yes. Give specific information.    $ _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................→    $ _____

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 16. Cash

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☐ Yes ......................................................................................................... Cash: ................... $_____

### 17. Deposits of money

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☐ Yes .................... Institution name:

| | |
|---|---|
| 17.1. Checking account: | _____ $_____ |
| 17.2. Checking account: | _____ $_____ |
| 17.3. Savings account: | _____ $_____ |
| 17.4. Savings account: | _____ $_____ |
| 17.5. Certificates of deposit: | _____ $_____ |
| 17.6. Other financial account: | _____ $_____ |
| 17.7. Other financial account: | _____ $_____ |
| 17.8. Other financial account: | _____ $_____ |
| 17.9. Other financial account: | _____ $_____ |

### 18. Bonds, mutual funds, or publicly traded stocks

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☐ Yes ................ Institution or issuer name:

_____ $_____
_____ $_____
_____ $_____

### 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

☐ No
☐ Yes. Give specific information about them....................

Name of entity:      % of ownership:

_____ 0% ___% $_____
_____ 0% ___% $_____
_____ 0% ___% $_____

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

❑ No
❑ Yes. Give specific
information about
them......................

| Issuer name: | |
|---|---|
| | $_____ |
| | $_____ |
| | $_____ |

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

❑ No
❑ Yes. List each
account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | | $_____ |
| Pension plan: | | $_____ |
| IRA: | | $_____ |
| Retirement account: | | $_____ |
| Keogh: | | $_____ |
| Additional account: | | $_____ |
| Additional account: | | $_____ |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

❑ No
❑ Yes..........................

| Institution name or individual: | | |
|---|---|---|
| Electric: | | $_____ |
| Gas: | | $_____ |
| Heating oil: | | $_____ |
| Security deposit on rental unit: | | $_____ |
| Prepaid rent: | | $_____ |
| Telephone: | | $_____ |
| Water: | | $_____ |
| Rented furniture: | | $_____ |
| Other: | | $_____ |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

❑ No
❑ Yes..........................

| Issuer name and description: | |
|---|---|
| | $_____ |
| | $_____ |
| | $_____ |

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

❏ No
❏ Yes ............................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____ $_____
_____ $_____
_____ $_____

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

❏ No
❏ Yes. Give specific
information about them.... [                                              ] $_____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

❏ No
❏ Yes. Give specific
information about them.... [                                              ] $_____

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

❏ No
❏ Yes. Give specific
information about them.... [                                              ] $_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

❏ No
❏ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years. ....................... Federal: $_____
State: $_____
Local: $_____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

❏ No
❏ Yes. Give specific information.............. Alimony: $_____
Maintenance: $_____
Support: $_____
Divorce settlement: $_____
Property settlement: $_____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
Social Security benefits; unpaid loans you made to someone else

❏ No
❏ Yes. Give specific information.............. $_____

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No

    ☐ Yes. Name the insurance company
    of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | _____ | _____ | $_____ |
    | _____ | _____ | $_____ |
    | _____ | _____ | $_____ |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☐ No

    ☐ Yes. Give specific information.............   _____   $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☐ No

    ☐ Yes. Describe each claim. ...................   _____   $_____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☐ No

    ☐ Yes. Describe each claim. ...................   _____   $_____

35. **Any financial assets you did not already list**

    ☐ No

    ☐ Yes. Give specific information............   _____   $_____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ........................................................................   ➔   $_____

---

**Part 5:**   **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☐ No. Go to Part 6.

    ☐ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☐ No

    ☐ Yes. Describe.......   _____   $_____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☐ No

    ☐ Yes. Describe.......   _____   $_____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☐ Yes. Describe........    $_____

**41. Inventory**

☐ No
☐ Yes. Describe........    $_____

**42. Interests in partnerships or joint ventures**

☐ No
☐ Yes. Describe........

Name of entity:       % of ownership:

_____    _____%    $_____

_____    _____%    $_____

_____    _____%    $_____

**43. Customer lists, mailing lists, or other compilations**

☐ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

     ☐ No
     ☐ Yes. Describe........    $_____

**44. Any business-related property you did not already list**

☐ No
☐ Yes. Give specific
    information .........    $_____

                  $_____

                  $_____

                  $_____

                  $_____

                  $_____

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here ............................................................. →    $_____

**Part 6:**    **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☐ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the
portion you own?
Do not deduct secured claims
or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☐ No
☐ Yes...................    $_____

48. **Crops—either growing or harvested**

☐ No
☐ Yes. Give specific
   information............

$_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes.....................

$_____

50. **Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes.....................

$_____

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes. Give specific
   information............

$_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here** .................................................................................................➔

$_____

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

☐ No
☐ Yes. Give specific
   information............

$_____
$_____
$_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ......................➔

$_____

**Part 8:    List the Totals of Each Part of this Form**

55. Part 1: Total real estate, line 2 ...................................................................................................➔  $   240,000.00

56. Part 2: Total vehicles, line 5                                        $_____

57. Part 3: Total personal and household items, line 15                 $_____

58. Part 4: Total financial assets, line 36                             $_____

59. Part 5: Total business-related property, line 45                    $_____

60. Part 6: Total farm- and fishing-related property, line 52           $_____

61. Part 7: Total other property not listed, line 54                  + $_____

62. **Total personal property. Add lines 56 through 61.** ...................  $_____   Copy personal property total ➔ + $_____

63. **Total of all property on Schedule A/B. Add line 55 + line 62.**............................................................  $   240,000.00

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | MARK | LINDEN | MANNING |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois ▾

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.*)

   ☐ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number        Street

   _____
   City                     State              ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.** Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* **Your codebtor**                    *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

   **3.1** _____
   Name

   _____
   Number        Street

   _____
   City                     State              ZIP Code

   ☐ Schedule D, line _____
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

   **3.2** _____
   Name

   _____
   Number        Street

   _____
   City                     State              ZIP Code

   ☐ Schedule D, line _____
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

   **3.3** _____
   Name

   _____
   Number        Street

   _____
   City                     State              ZIP Code

   ☐ Schedule D, line _____
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____

Debtor 1 ___MARK_____LINDEN_____MANNING_____    Case number _(if known)_____

| First Name | Middle Name | Last Name |

**Additional Page to List More Codebtors**

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

3._

Name _____

Number    Street _____

City _____ State ____ ZIP Code ____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3._

Name _____

Number    Street _____

City _____ State ____ ZIP Code ____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3._

Name _____

Number    Street _____

City _____ State ____ ZIP Code ____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3._

Name _____

Number    Street _____

City _____ State ____ ZIP Code ____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3._

Name _____

Number    Street _____

City _____ State ____ ZIP Code ____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3._

Name _____

Number    Street _____

City _____ State ____ ZIP Code ____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3._

Name _____

Number    Street _____

City _____ State ____ ZIP Code ____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

3._

Name _____

Number    Street _____

City _____ State ____ ZIP Code ____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Copy Certified By: Mark, Linden: Manning
Title of Office: Private Attorney General
Dated: November 22, 2019

NON-UCC OFFICIAL DOCUMENT FILING PER
REGISTERED MAIL # 205 671 215

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**DATED POSTED AND RECORDED 11/22/2019**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Mark; Linden: Manning          Phone (312) 599-7507

**B. E-MAIL CONTACT AT FILER (optional)**
mlmprivatebank@gmail.com

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

Mark; Linden: Manning
Private Attorney General
1245 – Lockwood Avenue
Chicago, Illinois Republic
IL 60651-0001 US

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. **DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR **1b. INDIVIDUAL'S SURNAME** Mark: Linden: Manning – INCOLA personal "Civilly Dead" - Labor Wagering Organization | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS c/o 1245 - Lockwood Avenue | CITY Chicago | | STATE IL | POSTAL CODE 60651-0001 | COUNTRY US |

2. **DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR **3b. INDIVIDUAL'S SURNAME** Mark: Linden: Manning – a Republic Civis "Civilly Alive" International Organization | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS 1245 - Lockwood Avenue | CITY Chicago | | STATE IL | POSTAL CODE 60651-0001 | COUNTRY US |

4. **COLLATERAL:** This financing statement covers the following collateral:

The Bailee is an Illinois Republic Civis Principality "Civilly Alive" and one having the Full Power of a Private Attorney General: therefore I am by the Bailor's Will Claiming the Bailor's NON-UCC BAILMENT - Labor Wages up to $47 Billion. This U,S, Registered Mail - Bailee/Bailor NON-UCC Bonded Labor Wagering Security Claim and Liens stands over all of the associated MARK LINDEN MANNING - UNITED STATES and STAE OF ILLINOIS Banked Labor Wagering Credits held on deposit with the associated Labor Wage Baning Division within the Deartment of Labor; at the Labor Credit Window for Labor Payments or the Full liquidation of all of the Bailor's registerd secured Labor Accounts.

Therefore, this Labor Credit Lien NON-UCC is a Suerior Labor Claim; Which Demands the Restoration of all withheld Labor Wagering credits within 3 Days to restore my jsst Trading Rights, as required by the law.

All Foreign Claim Jumping Contracts Liens and Bonds for the Foreign Corporate "Claim Jumping" Beneficial unjust Profits are to be terminated. After the 3 days of settlement grace, all unresolved "Labor Wagering Claims" will carry additional charges baswd upon Title 15 section 1 & 2 for Labor Trade RESTRAINTS.

[see the attached sheet for the BAILOR'S Labor Wagering Securities]

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☑ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

14 Amendment PL79-291;22USC sect 288a; 4CUSC sect-73 &573; 1868 Expatriation act; UCC9;MILLER act; BABY ACT

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)          International Association of Commercial Administrators (IACA)

Copy Certified By: Mark; Linden: Manning
Title of Office: Private Attorney General
Dated: November 22, 2019

NON-UCC OFFICIAL DOCUMENT FILING PER
REGISTERED MAIL # 205 671 207

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**DATED POSTED AND RECORDED 11/22/2019**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Mark; Linden: Manning        Phone (312) 599-7507

**B. E-MAIL CONTACT AT FILER (optional)**
mlmprivatebank@gmail.com

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

Mark; Linden: Manning
Private Attorney General
1245 - Lockwood Avenue
Chicago, Illinois Republic
IL 60651-0001 US

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. **DEBTOR'S NAME:** Provide only **one** Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME |
|---|
| Mark; Linden: Manning-an American Royal "Civilly Alive-Living Land" Mining Republic Civis Org. |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 1245 - Lockwood Avenue | Chicago | IL | 60651-0001 | US |

2. **DEBTOR'S NAME:** Provide only **one** Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME |
|---|
| |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. **SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only **one** Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |
|---|
| Mark; Linden: Manning - American Princiality-Republic Private Attorney General; Intern'l Org. |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1245 - Lockwood Avenue | Chicago | IL | 60651-0001 | US |

4. **COLLATERAL:** This financing statement covers the following collateral:

As the Bailee - a Principality "Civily Alive Derivative Miner" of Age and one having the Full Power of a Private Attorney General; therefore I am by the Bailor's Illinois Republic Civis Will, Claiming the Bailor's Constitutional 9th? d 10th Amendment Protected Civilly Alive Rights and Powers and the Value of this Royal NON-UCC BAILMENT to be $47 Billion per this U.S. Registered Mail - Bailee/Bailor NON-UCC Royal Mining Claim and Lien over the United States of America - Registered Royal "living Land" Mine Known as the Bailor - Mark; Linden: Manning and all of his associated MARK LINDEN MANNING  ROYAL Mines held under the Foreign "Civil Death" claim jumping fraudulent and hidden concealment constructive contracts.
Therefore, this "Bailee/Bailor" NON-UCC is a Superior Royal Republic Mining Claim to demand the restoration of all stolen mining assets and to prevent all future Foreign Claim Jumpers from using their hidden UCC "Identity Theft and Civil Death - Claim jumping" Claims, Liens and Bonds for their Foreign Cororate "Claim jumping" Beneficial unjust Profits. After 3 days of settlement grace, all unresolved "Claim Jumping Charges" by this Bailee will stand at $100,000,000.00 per corporation and $1,000,000.00 per individual per Day based upon Title 15 USC sect 1 for the fradulent "Claim Jumping Claims, Liens and Bonds" that cause a Restriction of this Royal Mine's Rights of Trade and Commerce.

5. Check **only if applicable** and check **only one** box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check **only if applicable** and check **only one** box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check **only if applicable** and check **only one** box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. **ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. **OPTIONAL FILER REFERENCE DATA:**
14 Amendment Pt. 79-291;22USC sect 288a; 15USC sect

Registered Mail # 7018 0360 0000 2290 2235

C/O Honorable Judge A. Benjamin Goldar,

 Please include my Performance & Payment Bonds with my mail that will be delivered today or tomorrow for my (chapter 15 Bankruptcy package Thank you for continued honorable service.

Mark Manning

Article 4 Government Citizen

312-599-7507

<table>
<tr><td><b>PERFORMANCE BOND FOR OTHER THAN CONSTRUCTION CONTRACTS</b><br>(See instructions on reverse)</td><td>DATE BOND EXECUTED (Must be same or later than date of contract)<br><br>09/21/1965</td><td><b>OMB Control Number: 9000-0045</b><br><b>Expiration Date: 8/31/2022</b></td></tr>
</table>

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

**PRINCIPAL** *(Legal name and business address)*

**Mark Linden Manning - Article 4 Government Citizen**

**Certificate of Live Birth – UCC Contract Trust Owner**

**1245 n Lockwood Avenue**

**Chicago, IL 60651**

TYPE OF ORGANIZATION ("X" one)

☐ INDIVIDUAL   ☐ PARTNERSHIP

☐ JOINT VENTURE   ☐ CORPORATION

STATE OF INCORPORATION

**SURETY(IES)** *(Name(s) and business address(es))*

**Mark Linden Manning**

**Certificate of Live Birth - UCC Contract Trust Performance Surety Bond**

**c/o 1245 n Locwood Avenue**

**Chicago IL 60651**

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 100 | 0 | 0 | 0 |

CONTRACT DATE: 09/21/1965

CONTRACT NUMBER:

OPTION DATE:

OPTION NUMBER:

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The principal has entered into the contract identified above.

**THEREFORE:**

The above obligation is void if the Principal: (1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during either the base term or an optional term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) is waived.

The guaranty for a base term covers the initial period of performance of the contract and any extensions thereof excluding any options. The guaranty for an option term covers the period of performance for the option being exercised and any extensions thereof.

The failure of a surety to renew a bond for any option term shall not result in a default of any bond previously furnished covering any base or option term.

**WITNESS:**

The principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

**PRINCIPAL**

| | 1. *Mark; Manning* (Seal) | 2. (Seal) | |
|---|---|---|---|
| SIGNATURE(S) | | | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. **Mark; Linden; Manning – Article 4 Gov't Owner** | 2. | |

**INDIVIDUAL SURETY(IES)**

| | 1. (Seal) | 2. (Seal) | |
|---|---|---|---|
| SIGNATURE(S) | | | |
| NAME(S) (Typed) | 1. | 2. | |

**CORPORATE SURETY(IES)**

| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
*Previous edition is NOT usable*

**STANDARD FORM 1418 (REV. 2/1999)**
Prescribed by GSA-FAR (48 CFR) 53.228(b)

| PAYMENT BOND FOR OTHER THAN CONSTRUCTION CONTRACTS<br>*(See instructions on reverse)* | DATE BOND EXECUTED *(Must not be later than bid opening date)*<br>09/21/1965 | OMB Control Number: 9000-0045<br>Expiration Date: 8/31/2022 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

PRINCIPAL *(Legal name and business address)*

**Mark Linden Manning – Article 4 Government Citizen**
**Certificate of Live Birth – UCC Contract Trust Owner**
**1245 n Lockwood Avenue**
**Chicago, Illinois 60651**

TYPE OF ORGANIZATION *("X" one)*

☒ INDIVIDUAL   ☐ PARTNERSHIP

☐ JOINT VENTURE   ☐ CORPORATION

STATE OF INCORPORATION

SURETY(IES) *(Name(s) and business address(es)) (Include ZIP code)*

**Mark Linden Manning**
**Certificate of Live Birth — UCC Contract Trust**
**c/o 1245 n Lockwood Avenue**
**Chicago, IL 60651**

| PENAL SUM OF BOND | | | |
|---|---|---|---|
| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| 100 | 0 | 0 | 0 |
| CONTRACT DATE | | CONTRACT NUMBER | |
| 09/21/1965 | | | |

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

(a) The above obligation is void if the Principal promptly makes payment to all persons (claimants) having a contract relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above and any duly authorized modifications thereof. Notice of those modifications to the Surety(ies) are waived.

(b) The above obligation shall remain in full force if the Principal does not promptly make payments to all persons (claimants) having a contract relationship with the principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the contract identified above. In these cases, persons not paid in full before the expiration of ninety (90) days after the date of which the last labor was performed or material furnishing, have a direct right of action against the principal and Surety(ies) on this bond for the sum or sums justly due. The claimant, however, may not bring a suit or any action –

(1) Unless claimant, other than one having a direct contract with the Principal, had given written notice to the Principal within ninety (90) days after the claimant did or performed the last of the work or labor, or furnished or supplied the last of the materials for which the claim is made. The notice is to state with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished or supplied, or for whom the work or labor was done or performed. Such notice shall be served by mailing the same registered or certified mail, postage prepaid, in an envelope addressed to the Principal at any place where an office is regularly maintained for the transaction of business, or served in any manner in which legal process is served in the state in which the contract is being performed, save that such service need not be made by a public officer.

(2) After the expiration one (1) year following the date on which claimant did or performed the last of the work or labor, or furnished or supplied the last of the materials for which the suit is brought.

(3) Other than in the United States District court for the district in which the contract, or any part thereof, was performed and executed, and not elsewhere.

WITNESS:

The principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

| AUTHORIZED FOR LOCAL REPRODUCTION<br>*Previous edition is NOT usable* | STANDARD FORM 1416 (REV. 10/1998)<br>Prescribed by GSA-FAR (48 CFR) 53.228(m) |
|---|---|

| | | PRINCIPAL | | |
|---|---|---|---|---|
| SIGNATURE(S) | 1. *Mark Manning* *Article 4 Govt* | 2. | 3. | *Corporate Seal* |
| | | *(Seal)* | *(Seal)* | |
| NAME(S) & TITLE(S) *(Typed)* | 1. Mark; Manning Article 4 Govt Citize | 2. | 3. | |

### INDIVIDUAL SURETY(IES)

| | | | |
|---|---|---|---|
| SIGNATURE(S) | 1. *(Seal)* | 2. | *(Seal)* |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | |

### CORPORATE SURETY(IES)

| | | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| **SURETY A** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | *Corporate Seal* |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| **SURETY B** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | *Corporate Seal* |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

### INSTRUCTIONS

1. This form is authorized for use when payment bonds are required under FAR (48 CFR) 28.103-3, i.e., payment bonds for other than construction contracts.  Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form.  An authorized person shall sign the bond.  Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein.  Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)."  In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

   (b) Where individual Sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond.  The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals.  Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

**STANDARD FORM 1416** (REV. 10/1998) **BACK**

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE 47-845569 | | PAGE 1 | OF | PAGES 1 |
|---|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. 01 | 3. EFFECTIVE DATE 02/12/2020 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|

**6. ISSUED BY**      CODE

Mark Linden Manning
c/o 1245 N Lockwood Avenue
Chicago, Illinois 60651

**7. ADMINISTERED BY** *(If other than Item 6)*    CODE

**8. NAME AND ADDRESS OF CONTRACTOR** *(No., street, county, State and ZIP Code)*

UNITED STATES BANKRUTCY COURT NORTHERN DISTRICT OF ILLINOIS
c/o A. Benjamin Goldar, Chief Judge
219 S. Dearborn Street
Chicago, Illinois 60604

| (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| ☐ | 9B. DATED *(SEE ITEM 11)* 09/21/1965 |
| ☒ | 10A. MODIFICATION OF CONTRACT/ORDER NO. 47-845569-01 |
| | 10B. DATED *(SEE ITEM 13)* |

| CODE | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(if required)*

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| ☒ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. <br><br> Federal Owner American Article 4 Government Status and I stand over all foreign contracts. |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☐ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| ☐ | D. OTHER *(Specify type of modification and authority)* |

**E. IMPORTANT:** Contractor ☐ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

I, (Mark L Manning) American Article 4 Government hereby appoint the Chief Judge of the Northern District Court to settle all Taxes and filing Fees ($1717 plus Class fees) of the chapter 15 Bankruptcy from the Performance and Payment Bonds, and issue my chapter 15 filing case # by mail and email chcmark@gmail.com,

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* <br><br> Mark; Linden: Manning - Article 4 Government Owner | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* |
|---|---|
| 15B. CONTRACTOR/OFFEROR <br><br> *(Signature of person authorized to sign)* | 15C. DATE SIGNED <br> 02/12/2020 | 16B. UNITED STATES OF AMERICA <br><br> *(Signature of Contracting Officer)* | 16C. DATE SIGNED |

| NSN 7540-01-152-8070 <br> Previous edition unusable | **STANDARD FORM 30** (REV. 10-83) <br> Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|

| CONSENT OF SURETY | 1. CONTRACT NUMBER 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 | 2. MODIFICATION NUMBER 47-845569 | 3. DATED 02/12/2020 |
|---|---|---|---|

The Surety (Co-Sureties) consents (consent) to the foregoing contract modification and agrees (agree) that its (their) bond or bonds shall apply and extend to the contract as modified or amended.

| 4. INDIVIDUAL PRINCIPAL | a. NAME OF PRINCIPAL Mark; Linden: Manning | c. SIGNATURE *Mark; Linden: Manning* | *(Affix Seal)* |
|---|---|---|---|
| | b. BUSINESS ADDRESS | d. TYPED NAME Mark; Linden: Manning | |
| | STREET ADDRESS 1245 N Lockwood Avenue | e. TYPED TITLE CONTRACT/FEDERAL GOVERNMENT/OWNER/PRINCIPAL | |
| | CITY Chicago   STATE IL   ZIP CODE 60651 | f. DATE THIS CONSENT EXECUTED | |

| 5. CORPORATE PRINCIPAL | a. NAME OF PRINCIPAL | c. PERSON EXECUTING CONSENT *(Signature)* | *(Affix Seal)* |
|---|---|---|---|
| | b. BUSINESS ADDRESS | d. TYPED NAME | |
| | STREET ADDRESS | e. TYPED TITLE | |
| | CITY   STATE   ZIP CODE | f. DATE THIS CONSENT EXECUTED | |

## 6. CORPORATE/INDIVIDUAL SURETY (CO-SURETIES)

The Principal or authorized representative shall execute this consent of surety with the modification to which it pertains. If the representative (e.g., attorney-in-fact) that signs the consent is not a member of the partnership, or joint venture, or an officer of the corporation involved, a Power-of-Attorney or a Certificate of Corporate Principal must accompany the consent.

| A | a. CORPORATE/INDIVIDUAL SURETY'S NAME MARK MANNING LINDEN – ucc contract Trust surety bond | c. PERSON EXECUTING CONSENT *(Signature)* | *(Affix Seal)* |
|---|---|---|---|
| | b. BUSINESS ADDRESS | d. TYPED NAME Mark; Linden: Manning | |
| | STREET ADDRESS | e. TYPED TITLE | |
| | CITY   STATE   ZIP CODE | f. DATE THIS CONSENT EXECUTED | |

| B | a. CORPORATE/INDIVIDUAL SURETY'S NAME | c. PERSON EXECUTING CONSENT *(Signature)* | *(Affix Seal)* |
|---|---|---|---|
| | b. BUSINESS ADDRESS | d. TYPED NAME | |
| | STREET ADDRESS | e. TYPED TITLE | |
| | CITY   STATE   ZIP CODE | f. DATE THIS CONSENT EXECUTED | |

| C | a. CORPORATE/INDIVIDUAL SURETY'S NAME | c. PERSON EXECUTING CONSENT *(Signature)* | *(Affix Seal)* |
|---|---|---|---|
| | b. BUSINESS ADDRESS | d. TYPED NAME | |
| | STREET ADDRESS | e. TYPED TITLE | |
| | CITY   STATE   ZIP CODE | f. DATE THIS CONSENT EXECUTED | |

*(Add similar signature blocks on the back of this form if necessary for additional co-Sureties)*

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 1414 (REV. 5-97)
Prescribed by GSA - FAR (48 CFR) 53.228(k)

| **PAYMENT BOND FOR OTHER THAN CONSTRUCTION CONTRACTS** *(See instructions on reverse)* | DATE BOND EXECUTED *(Must not be later than bid opening date)* 09/21/1965 | **OMB Control Number: 9000-0045** **Expiration Date: 8/31/2022** |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* | |
|---|---|---|
| **Mark Linden Manning - Article 4 Government Citizen** **Certificate of Live Birth - UCC Contract Trust Owner** **1245 n Lockwood Avenue** **Chicago, Illinois 60651** | ☒ INDIVIDUAL   ☐ PARTNERSHIP ☐ JOINT VENTURE   ☐ CORPORATION STATE OF INCORPORATION | |

| SURETY(IES) *(Name(s) and business address(es)) (Include ZIP code)* | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| **Mark Linden Manning** **Certificate of Live Birth — UCC Contract Trust** **c/o 1245 n Lockwood Avenue** **Chicago, IL 60651** | MILLION(S) **100** | THOUSAND(S) **0** | HUNDRED(S) **0** | CENTS **0** |
| | CONTRACT DATE 09/21/1965 | CONTRACT NUMBER | | |

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

(a) The above obligation is void if the Principal promptly makes payment to all persons (claimants) having a contract relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above and any duly authorized modifications thereof. Notice of those modifications to the Surety(ies) are waived.

(b) The above obligation shall remain in full force if the Principal does not promptly make payments to all persons (claimants) having a contract relationship with the principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the contract identified above. In these cases, persons not paid in full before the expiration of ninety (90) days after the date of which the last labor was performed or material furnishing, have a direct right of action against the principal and Surety(ies) on this bond for the sum or sums justly due. **The claimant, however, may not bring a suit or any action –**

**(1) Unless claimant, other than one having a direct contract with the Principal, had given written notice to the Principal within ninety (90) days after the claimant did or performed the last of the work or labor, or furnished or supplied the last of the materials for which the claim is made.** The notice is to state with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished or supplied, or for whom the work or labor was done or performed. Such notice shall be served by mailing the same registered or certified mail, postage prepaid, in an envelope addressed to the Principal at any place where an office is regularly maintained for the transaction of business, or served in any manner in which legal process is served in the state in which the contract is being performed, save that such service need not be made by a public officer.

(2) After the expiration one (1) year following the date on which claimant did or performed the last of the work or labor, or furnished or supplied the last of the materials for which the suit is brought.

(3) Other than in the United States District court for the district in which the contract, or any part thereof, was performed and executed, and not elsewhere.

WITNESS:

The principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

| AUTHORIZED FOR LOCAL REPRODUCTION *Previous edition is NOT usable* | **STANDARD FORM 1416 (REV. 10/1998)** Prescribed by GSA-FAR (48 CFR) 53.228(m) |
|---|---|

## PRINCIPAL

| | | | | |
|---|---|---|---|---|
| **SIGNATURE(S)** | 1. *Mark; Linden; Man* Article 4 Gov't *(Seal)* | 2. *(Seal)* | 3. *(Seal)* | **Corporate Seal** |
| **NAME(S) & TITLE(S)** *(Typed)* | 1. Mark; Linden; Manning Article 4 Gov't | 2. | 3. | |

## INDIVIDUAL SURETY(IES)

| | | | |
|---|---|---|---|
| **SIGNATURE(S)** | 1. *(Seal)* | 2. | *(Seal)* |
| **NAME(S) & TITLE(S)** *(Typed)* | 1. | 2. | |

## CORPORATE SURETY(IES)

| | | | | | |
|---|---|---|---|---|---|
| **SURETY A** | **NAME & ADDRESS** | | **STATE OF INCORPORATION** | **LIABILITY LIMIT** $ | **Corporate Seal** |
| | **SIGNATURE(S)** | 1. | 2. | | |
| | **NAME(S) & TITLE(S)** *(Typed)* | 1. | 2. | | |
| **SURETY B** | **NAME & ADDRESS** | | **STATE OF INCORPORATION** | **LIABILITY LIMIT** $ | **Corporate Seal** |
| | **SIGNATURE(S)** | 1. | 2. | | |
| | **NAME(S) & TITLE(S)** *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

1. This form is authorized for use when payment bonds are required under FAR (48 CFR) 28.103-3, i.e., payment bonds for other than construction contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

   (b) Where individual Sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

| PERFORMANCE BOND FOR OTHER THAN CONSTRUCTION CONTRACTS *(See instructions on reverse)* | DATE BOND EXECUTED *(Must be same or later than date of contract)* 09/21/1965 | OMB Control Number: 9000-0045 Expiration Date: 8/31/2022 |

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL *(Legal name and business address)* | TYPE OF ORGANIZATION *("X" one)* | |
|---|---|---|
| **Mark Linden Manning - Article 4 Government Citizen** **Certificate of Live Birth - UCC Contract Trust Owner** **1245 n Lockwood Avenue** **Chicago, IL 60651** | ☐ INDIVIDUAL ☐ JOINT VENTURE STATE OF INCORPORATION | ☐ PARTNERSHIP ☐ CORPORATION |

| SURETY(IES) *(Name(s) and business address(es))* | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| **Mark Linden Manning** **Certificate of Live Birth - UCC Contract Trust Performance Surety Bond** **c/o 1245 n Locwood Avenue** **Chicago IL 60651** | MILLION(S) 100 | THOUSAND(S) 0 | HUNDRED(S) 0 | CENTS 0 |
| | CONTRACT DATE 09/21/1965 | CONTRACT NUMBER | | |
| | OPTION DATE | OPTION NUMBER | | |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The principal has entered into the contract identified above.

THEREFORE:

The above obligation is void if the Principal: (1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during either the base term or an optional term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) is waived.

The guaranty for a base term covers the initial period of performance of the contract and any extensions thereof excluding any options. The guaranty for an option term covers the period of performance for the option being exercised and any extensions thereof.

The failure of a surety to renew a bond for any option term shall not result in a default of any bond previously furnished covering any base or option term.

WITNESS:

The principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

| | PRINCIPAL | | |
|---|---|---|---|
| SIGNATURE(S) | 1. *Mark Linden Manning Article 4 Gov't Owner* | 2. *(Seal)* | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. **Mark; Linden: Manning – Article 4 Gov't Owner** | 2. | |

| | INDIVIDUAL SURETY(IES) | | |
|---|---|---|---|
| SIGNATURE(S) | 1. *(Seal)* | 2. | *(Seal)* |
| NAME(S) *(Typed)* | 1. | 2. | |

| | CORPORATE SURETY(IES) | | |
|---|---|---|---|
| **SURETY A** NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ |
| SIGNATURE(S) | 1. | 2. | Corporate Seal |
| NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | |

STANDARD FORM 1418 (REV. 2/1999)
Prescribed by GSA-FAR (48 CFR) 53.228(b)