20-04558

MArK MAnning

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

FEB 24 2020

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2

Notice of Filing

Attachment to Petition

1. SF 30, 1414, 1415, 1416, 1418
2. Uncontested Eminent Domain
3. Apostille Birth Certificate STAmped And Endorsed
4. Article 4 plus Attestation and 1795

Mark Ma

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE 20-04558 | PAGE 1 | OF | PAGES 1 |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. 47-845569 | | 3. EFFECTIVE DATE 02/22/2020 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|---|

| 6. ISSUED BY                CODE | | 7. ADMINISTERED BY (If other than Item 6)   CODE | |
|---|---|---|---|

Mark Manning c/o 1245 N Lockwood Ave. Chicago, Il 60651
As a Federal Government, Grantor, Owner Article 4 Public Citizen
and I stand over all these foreign contracts.

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

The United States Bankrupt Corporation and all of its agents
The United States Bankruptcy Court of Northern District of Illinois
c/o Judge Timothy A. Barnes
219 S. Dearborn St.
Chicago, Illinois 606

| | 9B. DATED (SEE ITEM 11) 09/21/1965 |
|---|---|
| | 10A. MODIFICATION OF CONTRACT/ORDER NO. 38-4139181 |
| X | 10B. DATED (SEE ITEM 13) |

| CODE | FACILITY CODE | 02/22/2020 |
|---|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE
PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this
amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation
and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS.
## IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| [X] | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. **Federal Owners justified charge backs, for contractor false charges and arshed Labor charge back account.** |
| [ ] | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| [ ] | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| [ ] | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [X] is required to sign this document and return ____2____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

I want all filing fees for chapter 15 case # 20-04558 to be paid in-full and all charges and any and all bills paid from the Performance and
payment bonds of this contract extended paugh.
United Stated Bankruptcy Court for the Northern District of Illinois
c/o  Judge Timothy A. Barnes
219 S. Dearborn St. Chicago, Illinois 6060

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| Mark; Manning Article 4 Government, Grantor, Owner | | | |
| 15B. CONTRACTOR/OFFEROR *(signature)* (Signature of person authorized to sign) | 15C. DATE SIGNED 02/22/2020 | 16B. UNITED STATES OF AMERICA _____ (Signature of Contracting Officer) | 16C. DATE SIGNED |

| NSN 7540-01-152-8070 Previous edition unusable | STANDARD FORM 30 (REV. 10-83) Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|

# United States of America - Federal District Court; for the Northern District of Illinois.

| | |
|---|---|
| **Mark: Manning;** <br> *A U.S. Article 4, <u>Re-Public</u> Government <u>Official</u>;* <br> *American Trust Owner/Creditor; a <u>Re-Public</u>* <br> *<u>Free Citizen.</u>* <br><br> *Plaintiff; the CONDEMNER,* <br><br> VS. <br><br> **MARK MANNING** <br> *A <u>PRIVATE</u> Property commercial "Collateral* <br> *TRUST Certificate" SURETY Contract - <u>Private</u>* <br> *Owner/Creditor.* <br><br> PRIVATE PROPERTY CERTIFICATE OF <br> LIVE BIRTH 112-65685099 <br><br> **PRIVATE TRUST Depository SSN# <u>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</u>** <br> per PRIVATE Social Security Trust Account. <br><br> *Defendants; the CONDEMNED.* | )<br>) CASE NO. __20-04558__<br>)<br><br>)<br>) **An American Article 4**<br>) **OFFICIAL:**<br>) **UNCONTESTED**<br>) **Public vs. Private**<br><br>) **EMINENT DOMAIN:**<br>)<br>) **Condemned Asset**<br>) **Transfer Order.**<br>)<br>) |

---

*This Action is also filed under my U.S. Official RE-PUBLIC, <u>Article 4 public records</u> to document my interactions with my American Article I, II and III – Governmental "Non-Profit" Employees and their actions; per my record # <u>MM-ED-001</u> and U.S. Mailing # CM 70180360000022902235 US: My First Eminent Domain Case. If this Action is NOT COMPLIED with, it will also stand as a documented Insurrection in violation of the 14th Amendment.*

---

➤ **The Plaintiff's Opening Statement to the Court:**

As the **Plaintiff: I am** standing as a **RE-PUBLIC** Article 4 "American Public Government <u>Official</u>" In Law to present my **American Public <u>Official of Age</u> - Order** to this **American Public Article III** *<u>Employee</u>* **- District Court.** This **Public** *<u>Employee</u>* **District Court** is to now insure that my **Public <u>Official</u> Government ORDER,** as an **UNCONTESTED Eminent Domain "Republic" Claiming Order** is to be compiled within **3 days.** The **Exercise** of this **Article 4, Eminent Domain Order** is **Not Limited** to the **TAKING** of **Private commercial SURETY Property** but may also include <u>intangible property</u> such as contract rights, patents, trade secrets, and copyrights. The FACTS required to enforce this Action are well founded in the natural, historical, constitutional and even in the Private Codes of Law.

> **The TWO Types of TRUSTS in the UNITED STATES OF AMERICA after 1933:**

The **FIRST ONE** is the **Constitutional PUBLIC TRUST**, as a **"We the People" Non-Commercial TRUST** per the **United States of America Constitution; Article 4** – where the **Plaintiff** is one of the **Public American Government Official Owner/Creditors of Age.**

The **SECOND ONE** is the **PRIVATE Implied TRUST**, using **"Collateral TRUST Certificates", as Private Commercial Security;** with a **Private SURETY,** a **privately owned Undisclosed Contractor's Contract** and one of several **PRIVATE Governmental Contractors.** In order that some form of Just exchangement was to be maintained; the **1938 UNITED STATES PRIVATE Court System** was established as a **PRIVATE "For Profit" Bankruptcy Court system** to oversee and control the **PRIVATE Governmental Contractors.** They are now controlled within the 1978 Revamped Federal **Private *"For Profit"* Bankruptcy Court** Computer Data Base System along with the Private "For Profit" Department of Justice which together they oversee the Chapter 11 BANKRUPT "Debtors in Possession", but in the process the just labor exchangement and equality in Law has been lost to the Unjust gains for profit from these newly formed contracted Private Commercial Securities.

**We the People,** with our **Private Free Will,** authorized the Securities without full disclosure as required by Section 11 of the 1933 Securities Act allowing the Constitutional Public Credit Transfers to the **PRIVATE Governmental Contractors;** as **We the People** are the only true **American Private Property Owners, Inheritors, Grantors, Creditors** and **Depositors.** These **PRIVATE Credits Transferred** were deposited into **"Collateral TRUST Certificates"** within the US Private BANKRUPTCY COURT depositories as Collateral Credits, which are being held within a **PRIVATE Social Security TRUST Depository,** as **Collateral Trust Contract - Payment Bonds** and **Performance Bonds** under a **PRIVATE Social Security Trust SURETY numbered Account.**

> **PLAINTIFF'S Public Government Official "EMINENT DOMAIN" CLAIM:**
> **Under the 3 Day TAKING Rule.**

This **Article 4 - Plaintiff** by this **Article 4, Section 4** and **5th Amendment - EMINENT DOMAIN Action** is **owed** the following adjusted amount **$ 10,000,000.00** of **Public** in Trusted **Credits** to be restored from the **Foreign Commercial Private Social Security Payment Bond depository** and the **SS Private Defendant - SURETY's compensation** is that of being relieved of the same equal amount of **Private Debt OWED;** per the attached **Public Certified – Private "Collateral TRUST Certificate"** Endorsed Transfer Release **Coupon** and the attached **PUBLIC**

GSA authorization Voucher (SF-1047) and Contract Transfer (SF-30, SF-1414, SF-1416) forms. The Voucher (SF-1047) also addresses were the retrieved Credits are to be Deposited for the Plaintiff's unrestricted usage.

This Public Article III, *Employed* Court of Just Exchangement is to submit their own public claims against the SS Private Defendant SURETY's Performance Bond depository account to retrieve their just Public Court, Retrieval and Processing Fees.

> OFFICIAL "ARTICLE 4" ORDERED ACTION OF THIS COURT:

   a. This is an Official "Article 4" Order to this American Constitutional Public *"Article III, Employee"* Court of Just Exchangement, requiring no Judicial adjudication, to have the U.S. *"Public Employee"* Marshals to SEIZE the required Private commercial SURETY'S Credits listed above for this Eminent Domain Action from the required US Bankruptcy Court computer controlled Social Security *"Collateral TRUST Certificate"* SURETY'S Payment Bond account, as no taxing adjustment is required for these Credits. The seized Credits are to be Re-Public action to restore them back to this Article 4 Public Official – the Plaintiff, along with a complete accounting of the Defendant's PRIVATE Social Security SURETY'S Depository Payment and Performance Bond accounts and a copy of this completed Order.

This American Constitutional Public *"Article III, Employee"* Court of Just Exchangement is also Officially Ordered to have the U.S. *"Public Employee"* Marshals, SEIZE the all of the Private Asset Credits the were addressed in the U.S. Bankruptcy Court Package per U.S. Mail Delivery Receipt # __CM 70180360000022902235  US__ delivered on the 18th of February 2020 at 7:58 am to a Timothy A. Barnes. A scanned copy of that US Bankruptcy Submittal Package is also attached to this Article 4 Official Order to be processed as required.

   b. This is an Official "Article 4" Order to this American Constitutional Public *"Article III, Employee"* Court of Just Exchangement, requiring no Judicial adjudication, to have the U.S. *"Public Employee"* Marshals to SEIZE the required Real Private Property Located at 1245 N Lockwood Ave. Chicago Illinois 60651 P.I.N. 16041280050000 Parcel 7701 Austin Park Cook County. The Property is to be Deeded into my MARK LINDEN MANNING TRUST. This Public *Employee*

**District Court** is to now insure that my **Public Official Government ORDER**, as an **UNCONTESTED Eminent Domain "Republic" Claiming Order** is to be compiled within **3 days**.

> **FINAL NOTICE TO THIS COURT:**

As it is well Noted by this **Article 4 Plaintiff** that in this Nation under the present system every one of the People born is operating with a **Dual** Citizenship: the **1st** being an American State birthing **Free Citizenship** and the **2nd** being a Commercially Contracted "**UNITED STATES Citizenship**" as a **Privately** Bonded SURETYSHIP. This also includes all **Article I, II and III** governmental employees; so if this **Article 4 Plaintiff** is harmed in anyway or this Official Order is not complied with then charges and arrest will be enforced against your **2nd Citizenship - Private SURETY person** per the Commercial Code of Law: **USC Title 15 sections 1 and 2.**

**Condemnation Transfer Documents: *using this attached Coupon.***
Attached: **Certificate of Live Birth"**
Attached: SF-30: Modification of Contract
Attached: SF-1047: Public Voucher
Attached: SF-1414: Consent of SURETY
Attached: SF-1415: Consent of SURETY and Increase of Penalty
N/A: SF-1416: Payment Bond penal sum
N/A: SF-1418: Performance Bond penal sum

**Copy of my US Bankruptcy Court Submittal dated – February 18, 2020; 1:54 pm.**

Dated: 02/22/2020

Plaintiff's concurrence: _Mark Manning_
Title: ___Article 4 Citizen___

**Plaintiff's Contact information:**
**Mr. Mark; Manning**
*Article 4 - Official Citizen of Age*
1245 N Lockwood Avenue
Chicago, Republic of Illinois
IL 60651-0001 US
Phone #: **(312) 599-7507**

*Defendant's concurrence: MARK LINDEN MANNING_*
*Title: __PRIVATE COLLATERAL TRUST*

*(U.S. Posted and Sealed)*



**ARTICLE III COURT'S PUBLIC ORDER:**

_____I want this real property located at 1245 n Lockwood ave. Chicago IL. 60651

Seized and Deeded into **MARK LINDEN MANNING TRUST** within 3days

_____

_____

_____

_____.

Dated: _____

*(Under Court Seal)*                          *Judge's concurrence:* _____

| CONSENT OF SURETY | 1. CONTRACT NUMBER<br>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 | 2. MODIFICATION NUMBER<br>47-845569 | 3. DATED<br>09/21/1965 |
|---|---|---|---|

The Surety (Co-Sureties) consents (consent) to the foregoing contract modification and agrees (agree) that its (their) bond or bonds shall apply and extend to the contract as modified or amended.

| | | | |
|---|---|---|---|
| **4. INDIVIDUAL PRINCIPAL** | a. NAME OF PRINCIPAL<br><br>Mark; Linden: Manning | c. SIGNATURE *[signature]* | *(Affix Seal)* |
| | b. BUSINESS ADDRESS | d. TYPED NAME<br>Mark; Linden: Manning | |
| | STREET ADDRESS<br>1245 N Lockwood Avenue | e. TYPED TITLE<br>CONTRACT/FEDERAL GOVERNMENT/OWNER/PRINCIPAL | |
| | CITY: Chicago | STATE: IL | ZIP CODE: 60651 | f. DATE THIS CONSENT EXECUTED | |

| | | | |
|---|---|---|---|
| **5. CORPORATE PRINCIPAL** | a. NAME OF PRINCIPAL | c. PERSON EXECUTING CONSENT *(Signature)* | *(Affix Seal)* |
| | b. BUSINESS ADDRESS | d. TYPED NAME | |
| | STREET ADDRESS | e. TYPED TITLE | |
| | CITY | STATE | ZIP CODE | f. DATE THIS CONSENT EXECUTED | |

## 6. CORPORATE/INDIVIDUAL SURETY (CO-SURETIES)

The Principal or authorized representative shall execute this consent of surety with the modification to which it pertains. If the representative (e.g., attorney-in-fact) that signs the consent is not a member of the partnership, or joint venture, or an officer of the corporation involved, a Power-of-Attorney or a Certificate of Corporate Principal must accompany the consent.

| | | | |
|---|---|---|---|
| **A** | a. CORPORATE/INDIVIDUAL SURETY'S NAME<br><br>MARK MANNING LINDEN – ucc contract Trust surety bond | c. PERSON EXECUTING CONSENT *(Signature)* | *(Affix Seal)* |
| | b. BUSINESS ADDRESS | d. TYPED NAME<br>Mark; Linden: Manning | |
| | STREET ADDRESS | e. TYPED TITLE | |
| | CITY | STATE | ZIP CODE | f. DATE THIS CONSENT EXECUTED | |

| | | | |
|---|---|---|---|
| **B** | a. CORPORATE/INDIVIDUAL SURETY'S NAME | c. PERSON EXECUTING CONSENT *(Signature)* | *(Affix Seal)* |
| | b. BUSINESS ADDRESS | d. TYPED NAME | |
| | STREET ADDRESS | e. TYPED TITLE | |
| | CITY | STATE | ZIP CODE | f. DATE THIS CONSENT EXECUTED | |

| | | | |
|---|---|---|---|
| **C** | a. CORPORATE/INDIVIDUAL SURETY'S NAME | c. PERSON EXECUTING CONSENT *(Signature)* | *(Affix Seal)* |
| | b. BUSINESS ADDRESS | d. TYPED NAME | |
| | STREET ADDRESS | e. TYPED TITLE | |
| | CITY | STATE | ZIP CODE | f. DATE THIS CONSENT EXECUTED | |

*(Add similar signature blocks on the back of this form if necessary for additional co-Sureties)*

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

**STANDARD FORM 1414** (REV. 5-97)
Prescribed by GSA - FAR (48 CFR) 53.228(k)

| CONSENT OF SURETY AND INCREASE OF PENALTY | 1. CONTRACT NUMBER<br>████-9655 | 2. MODIFICATION NUMBER<br>47-845569 | 3. DATED<br>02/12/2020 |
|---|---|---|---|

4. The surety (co-sureties) consents (consent) to the foregoing contract modification and agrees (agree) that its (their) bond or bonds shall apply and extend to the contract as modified or amended. The principal and surety (co-sureties) further agree that on or after the execution of this consent, the penalty of the performance bond or bonds is increased by FIVE MILLION dollars ($ 5000000 ) and the penalty of the payment bond or bonds is increased by FIVE MILLION dollars ($ 5000000 ). However, the increase of the liability of each co-surety resulting from this consent shall not exceed the sums shown below.

| 5. NAME OF SURETY(IES) | 6. INCREASE IN LIABILITY LIMIT UNDER PERFORMANCE BOND | 7. INCREASE IN LIABILITY LIMIT UNDER PAYMENT BOND |
|---|---|---|
| A. Mark Manning | $ 500000 | $ 500000 |
| B. | $ | $ |
| C. | $ | $ |

| | A. BUSINESS ADDRESS | B. SIGNATURE* | |
|---|---|---|---|
| 8. INDIVIDUAL PRINCIPAL | 1245 n Lockwood Avenue<br>Chicago IL 60651 | *[signature] Mark Manning*<br>C. TYPED NAME AND TITLE<br>**Mark Manning Article 4 Government officer**<br>D. DATE THIS CONSENT EXECUTED<br>02/12/2020 | (Affix Seal) |
| 9. CORPORATE PRINCIPAL | A. CORPORATE NAME AND BUSINESS ADDRESS | B. PERSON EXECUTING CONSENT (Signature)*<br>BY<br>C. TYPED NAME AND TITLE<br><br>D. DATE THIS CONSENT EXECUTED | (Affix Corporate Seal) |

*The Principal or authorized representative shall execute this Consent of Surety and Increase of Penalty with the modification to which it pertains. If the representative (e.g., attorney-in-fact) that signs the consent is not a member of the partnership, or joint venture, or an officer of the corporation involved, a Power-of-Attorney or a Certificate of Corporate Principal must accompany the consent.

**10. CORPORATE/INDIVIDUAL SURETY (CO-SURETIES)**

| | A. CORPORATE/INDIVIDUAL SURETY'S NAME AND ADDRESS | B. PERSON EXECUTING CONSENT (Signature) | |
|---|---|---|---|
| A | | BY<br>C. TYPED NAME AND TITLE<br><br>D. DATE THIS CONSENT EXECUTED | (Affix Seal) |
| B | | BY<br>C. TYPED NAME AND TITLE<br><br>D. DATE THIS CONSENT EXECUTED | (Affix Seal) |
| C | | BY<br>C. TYPED NAME AND TITLE<br><br>D. DATE THIS CONSENT EXECUTED | (Affix Seal) |

Add similar signature blocks on the back of this form if necessary for additional co-sureties.

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition not usable

STANDARD FORM 1415 (REV. 7-1993)
Prescribed by GSA-FAR (48 CFR) 53.228(I)

| PAYMENT BOND FOR OTHER THAN CONSTRUCTION CONTRACTS (See instructions on reverse) | DATE BOND EXECUTED (Must not be later than bid opening date) 09/21/1965 | OMB Control Number: 9000-0045 Expiration Date: 8/31/2022 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

| PRINCIPAL (Legal name and business address) | TYPE OF ORGANIZATION ("X" one) | |
|---|---|---|
| **Mark Linden Manning - Article 4 Government Citizen** <br> **Certificate of Live Birth - UCC Contract Trust Owner** <br> **1245 n Lockwood Avenue** <br> **Chicago, Illinois 60651** | [X] INDIVIDUAL <br><br> [ ] JOINT VENTURE | [ ] PARTNERSHIP <br><br> [ ] CORPORATION |
| | STATE OF INCORPORATION | |

| SURETY(IES) (Name(s) and business address(es)) (Include ZIP code) | PENAL SUM OF BOND | | | |
|---|---|---|---|---|
| **Mark Linden Manning** <br> **Certificate of Live Birth -- UCC Contract Trust** <br> **c/o 1245 n Lockwood Avenue** <br> **Chicago, IL 60651** | MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
| | 100 | 0 | 0 | 0 |
| | CONTRACT DATE <br><br> 09/21/1965 | | CONTRACT NUMBER | |

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The Principal has entered into the contract identified above.

THEREFORE:

   (a) The above obligation is void if the Principal promptly makes payment to all persons (claimants) having a contract relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above and any duly authorized modifications thereof. Notice of those modifications to the Surety(ies) are waived.

   (b) The above obligation shall remain in full force if the Principal does not promptly make payments to all persons (claimants) having a contract relationship with the principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the contract identified above. In these cases, persons not paid in full before the expiration of ninety (90) days after the date of which the last labor was performed or material furnishing, have a direct right of action against the principal and Surety(ies) on this bond for the sum or sums justly due. The claimant, however, may not bring a suit or any action -

   (1) Unless claimant, other than one having a direct contract with the Principal, had given written notice to the Principal within ninety (90) days after the claimant did or performed the last of the work or labor, or furnished or supplied the last of the materials for which the claim is made. The notice is to state with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished or supplied, or for whom the work or labor was done or performed. Such notice shall be served by mailing the same registered or certified mail, postage prepaid, in an envelope addressed to the Principal at any place where an office is regularly maintained for the transaction of business, or served in any manner in which legal process is served in the state in which the contract is being performed, save that such service need not be made by a public officer.

   (2) After the expiration one (1) year following the date on which claimant did or performed the last of the work or labor, or furnished or supplied the last of the materials for which the suit is brought.

   (3) Other than in the United States District court for the district in which the contract, or any part thereof, was performed and executed, and not elsewhere.

WITNESS:

The principal and Surety(ies) executed this bid bond and affixed their seals on the above date.

## PRINCIPAL

| | 1. | 2. | 3. | |
|---|---|---|---|---|
| SIGNATURE(S) | *Mark; Manning Article 4 Govt* (Seal) | (Seal) | (Seal) | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. Mark; Manning Article 4 Govt Citize | 2. | 3. | |

## INDIVIDUAL SURETY(IES)

| | 1. | 2. | |
|---|---|---|---|
| SIGNATURE(S) | (Seal) | | (Seal) |
| NAME(S) & TITLE(S) (Typed) | 1. | 2. | |

## CORPORATE SURETY(IES)

| | | | STATE OF INCORPORATION | LIABILITY LIMIT | |
|---|---|---|---|---|---|
| **SURETY A** | NAME & ADDRESS | | | $ | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |
| **SURETY B** | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

## INSTRUCTIONS

1. This form is authorized for use when payment bonds are required under FAR (48 CFR) 28.103-3, i.e., payment bonds for other than construction contracts. Any deviation from this form will require the written approval of the Administrator of General Services.

2. Insert the full legal name and business address of the Principal in the space designated "Principal" on the face of the form. An authorized person shall sign the bond. Any person signing in a representative capacity (e.g., an attorney-in-fact) must furnish evidence of authority if that representative is not a member of the firm, partnership, or joint venture, or an officer of the corporation involved.

3. (a) Corporations executing the bond as sureties must appear on the Department of the Treasury's list of approved sureties and must act within the limitation listed therein. Where more than one corporate surety is involved, their names and addresses shall appear in the spaces (Surety A, Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual Sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning its financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal"; and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

| PERFORMANCE BOND FOR OTHER THAN CONSTRUCTION CONTRACTS (See instructions on reverse) | DATE BOND EXECUTED (Must be same or later than date of contract) 09/21/1965 | OMB Control Number: 9000-0045 Expiration Date: 8/31/2022 |
|---|---|---|

Paperwork Reduction Act Statement - This information collection meets the requirements of 44 USC § 3507, as amended by section 2 of the Paperwork Reduction Act of 1995. You do not need to answer these questions unless we display a valid Office of Management and Budget (OMB) control number. The OMB control number for this collection is 9000-0045. We estimate that it will take 1 hour to read the instructions, gather the facts, and answer the questions. Send only comments relating to our time estimate, including suggestions for reducing this burden, or any other aspects of this collection of information to: U.S. General Services Administration, Regulatory Secretariat Division (M1V1CB), 1800 F Street, NW, Washington, DC 20405.

**PRINCIPAL** (Legal name and business address)

Mark Linden Manning - Article 4 Government Citizen
Certificate of Live Birth - UCC Contract Trust Owner
1245 n Lockwood Avenue
Chicago, IL 60651

**TYPE OF ORGANIZATION** ("X" one)

☐ INDIVIDUAL          ☐ PARTNERSHIP

☐ JOINT VENTURE       ☐ CORPORATION

STATE OF INCORPORATION

**SURETY(IES)** (Name(s) and business address(es))

Mark Linden Manning
Certificate of Live Birth - UCC Contract Trust Performance Surety Bond
c/o 1245 n Locwood Avenue
Chicago IL 60651

**PENAL SUM OF BOND**

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 100 | 0 | 0 | 0 |

| CONTRACT DATE 09/21/1965 | CONTRACT NUMBER |
|---|---|
| OPTION DATE | OPTION NUMBER |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The principal has entered into the contract identified above.

**THEREFORE:**

The above obligation is void if the Principal: (1) Performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of the contract during either the base term or an optional term of the contract and any extensions thereof that are granted by the Government, with or without notice to the Surety(ies), and during the life of any guaranty required under the contract, and (2) performs and fulfills all the undertakings, covenants, terms, conditions, and agreements of any and all duly authorized modifications of the contract that hereafter are made. Notice of those modifications to the Surety(ies) is waived.

The guaranty for a base term covers the initial period of performance of the contract and any extensions thereof excluding any options. The guaranty for an option term covers the period of performance for the option being exercised and any extensions thereof.

The failure of a surety to renew a bond for any option term shall not result in a default of any bond previously furnished covering any base or option term.

**WITNESS:**

The principal and Surety(ies) executed this performance bond and affixed their seals on the above date.

**PRINCIPAL**

| | 1. *Mark; Manning* (Seal) | 2. (Seal) | |
|---|---|---|---|
| SIGNATURE(S) | | | Corporate Seal |
| NAME(S) & TITLE(S) (Typed) | 1. Mark; Linden: Manning - Article 4 Gov't Owner | 2. | |

**INDIVIDUAL SURETY(IES)**

| | 1. (Seal) | 2. (Seal) |
|---|---|---|
| SIGNATURE(S) | | |
| NAME(S) (Typed) | 1. | 2. |

**CORPORATE SURETY(IES)**

| SURETY A | NAME & ADDRESS | | STATE OF INCORPORATION | LIABILITY LIMIT $ | |
|---|---|---|---|---|---|
| | SIGNATURE(S) | 1. | 2. | | Corporate Seal |
| | NAME(S) & TITLE(S) (Typed) | 1. | 2. | | |

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is NOT usable

**STANDARD FORM 1418 (REV. 2/1999)**
Prescribed by GSA-FAR (48 CFR) 53.228(b)

American Article 4 Officer

---

**Phone:** (312) 599-7507
**Fax:**

**Fax**

**To:** SEC - Whistleblower Office
**From:** Mark  ; Linden: Manning
**Fax:** 17038139322
**Pages: 2**
**Re:** Governmental **Public-Private Partnerships (PPP's)** Securities
**Date:** February 14, 2020

**I am,** an American Article 4 Public Governmental Whistleblower; Attesting to the
GOVERNMENT EMPLOYEES and their PRIVATE CORPORATIONS Double Dipping and
Insider Trading of my Governmental Issued Private Securities without proper consent and the
CONCEALMENT OF SECURITIES true intent as a Private Debt Settlement Security. All of
these PPP Securities were to have their Contracts ENDED on the 25th Birth Date Anniversary of
the Article 4 Public American Citizen, per the Law.

Therefore, I am demanding that all of my PPP Governmental Securities are to be transferred to
my Non-Profit _assigned **Private EIN Bank account # 38-4139181.**_

All GOVERNMENT EMPLOYEES that are involved in these PPP Security Scams will be
prosecuted if further delays or harm is caused. This includes all STATE Licensed BANKS,
INSURANCE COMPANIES and STATE PRIVATE CRIMINAL COURTS. The State
"Secretary of State", State Attorney General, County Attorneys and Federal Attorneys.

You are here and now Ordered to contact me by My phone contact # which is **(312) 599-7507**.

1245-Lockwood Avenue, Chicago, IL 60651-0001




# ATTESTATION OF AN ARTICLE 4 LEVEL OF GOVERNMENT - SECURITY WHISTLEBLOWER.

## PER PUBLIC LAW – GOVERNMENT "ARTICLE 4 – MILLIONS OF DOLLAR CREDITS" ARE HELD AS PRIVATE DEBT "COLLATERAL TRUST SECURITIES".

**Per the Constitution – Article IV:** *the "We the People" are the Governmental Security Owners and Creditors.* **Section 1. Full Faith and Credit** SHALL BE given in each State to the **Public Acts, Records,** and judicial Proceedings of every other State. And the Congress may by **General Laws** prescribe the Manner in which such **Acts, Records** and Proceedings Shall Be Proved, and the Effect thereof.

The **PROOF is that an American Public Citizen is fully INSURED** and that they have a Constitutional Right and Power to access the American Public Treasury and the U.S. Bankruptcy Court – Chapter 11 Public "Debtor in Possession" <u>Private Security Debt</u> numbered accounts; is based upon the following **General Statutory Public Laws:**

- **"Vol. I, Statutes at Large; Fifth Congress. Sess. II: Ch. 49 and 50"**; Debt process of set-off by petitioning the U.S. Secretary of the Treasury for a Treasury Public Debt Relief.
- The **Public Law - SECURITIES ACT of 1933** for Government Debt settlements; as "**Collateral Trust Certificate**" SECURITIES issued by Governmental Departments, which are required to contain a **Collateral Payment** Bond and **Performance** Bonds that are held as U.S. Bankruptcy Court – Chapter 11 Public "Debtor in Possession" Article 4, Section 2; Private Collateral Securities in numbered accounts.

These Government Public Issued "**Article 4 Credit**" Collateral Debt Securities are "**Collateral Trust Certificates**"; which are **required** to have a *(Payment Bond, as the Collateral Deposits)* and *(Performance Bonds, as the Debt Settlements).* BUT the Bankers, the Justice and Court Departments have **Judicially Concealed** these **Public Government "Credit" Securities** even though the different Departments have used them for their own Gains of **Double Dipping** and **Insider Trading** without proper consent.

➤ Public Law "**Certificate of Live Birth**" which is a Collateral Debt SECURITY as a Government <u>Private</u> Inheritance Credit Transfer from the Public Treasury.

➤ Public Law "**DD-214 Military Discharge Certificate**" which is a Collateral Debt SECURITY as a Government <u>Private</u> "Military Bounty Credit" Transfer from the Public Treasury.

➤ Public Law Special Government <u>Private</u> Collateral Debt SECURITIES: "Certificates of Title", "License Certificates", etc.

➤ Public Law "**Social Security Certificate**" which is a Collateral Debt SECURITY as a Government Bankruptcy Chapter 11 "Debtor in Possession" numbered account holding the following Collateral <u>Private</u> Securities; "Certificate of Live Birth"; "DD-214 Military Discharge Certificate" and all Special Government Collateral Securities.

**CONCEALMENT OF SECURITIES**: As this is an Article 4 Governmental OFFENCE, it is (**punishable by up to SEVEN years' imprisonment**) for dishonestly Concealing, Destroying, or Defacing any valuable Government Security, the WILL of the People, OR any document issuing from a court OR Government Department for the purpose of **Gain for oneself or causing Loss to another.** Valuable securities include any documents concerning rights over property, authorizing payment of money or the delivery of property, or evidencing such rights or the satisfying of any obligation. *[This Action is also supported by Supreme Court Rulings all the way back to 1795.]*

**Constitutional Rights and Powers of Article 4, as a PUBLIC EMINENT DOMAIN**; We have the Right and Power of a PUBLIC **Prosecution** CLAIM over all of our Public Governmental issued Article 4, section 2 "**PRIVATE COLLATERAL DEBT SECURITIES**" Registered under our names; that are being held by **FOREIGN CONTROLLED PRIVATE** GOVERNMENTAL CORPORATIONS. The PUBLIC DEBT SECURITY CLAIMING and SETTLEMENT Forms to be used are the SF30, SF1414, SF1415, SF1416 and/or SF1418.

Date: 01/28/2020

Attested, Posted and Sealed By: _____

Mr. Mark: Linden: Manning; Article 4 Public Citizen

## <u>1795 - SUPREME COURT RULING –</u>
## NO CORPORATE JURISDICTION OVER THE NATURAL MAN

Penhallow v. Doane's Administraters (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54).

**Supreme Court of the United States 1795**, "Inasmuch as **every GOVERNMENT** is an **ARTIFICIAL PERSON**, an **abstraction**, and a **creature of the mind only**, a **GOVERNMENT** can <u>interface</u> only with other **ARTIFICIAL PERSONS**. The **Imaginary**, having neither **actuality** nor <u>**substance**</u>, is foreclosed from **creating** and **attaining** <u>parity</u> with the **Tangible**. The **legal manifestation** of this is that **no GOVERNMENT**, as well as **any Law**, <u>**agency**</u>, <u>**aspect**</u>, <u>**Court**</u>, etc. can concern itself with anything other than **Corporate**, **ARTIFICIAL PERSONS** and the **contracts** between them." S.C.R. 1795. (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54).

---

As a **Living Natural Man**, <u>**I stand over**</u> and **not under** the Constitutional Chartered **Government** <u>**FOR**</u> the **united States of America** and **all foreign de facto bankrupt governments**. For **I have as an Article 4 Public Emancipated** Citizen of Age, I claim my American inheritance per the 13th, 14th and 15th amendments from the fraudulent **Slavery** and **Indentured Servitude** controls of the Bankrupt Corporate Governments and their licensed private corporations.     **Notice sent to thr following agencies**

Timothy C. Evans Chief Judge of Co County
Dailey Center RM 2600
50 W. Washington St.
Chicago IL 60602

Jesse White
Secretary of thr State
401 S.. 2nd Street
Springfield IL 62701

J.B. Pritzkker - Governor of Illinois
Office of the Governor
207 State House
Sringfield IL 62706

Lori E. Lightfoot -
Mayor of Chicago
121 LaSalle St. #507
Chicago IL 60602Lorem Ipsum

Bill Barr - Attorney General
Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530-0001

Cook County Shariff
Thomas J.. Dart
10220 S. 76th Avenue
Bridgeview IL 60455

# STATE OF ILLINOIS

## SECRETARY OF STATE

COUNTRY OF DESTINATION: NETHERLANDS

## APOSTILLE
### (Convention de La Haye du 5 Octobre 1961)

1. Country:            United States of America

This public document

2. has been signed by      KAREN A. YARBROUGH

3. acting in the capacity of     COUNTY CLERK, COOK COUNTY

4. bears the seal/stamp of   STATE OF ILLINOIS

Certified

5. at     CHICAGO, ILLINOIS          6. the       FEBRUARY 24, 2020

7. by           Secretary of State, State of Illinois

8. No.           C20MH112298

9. Seal/Stamp :           10. Signature:



Jesse White

JESSE WHITE
SECRETARY OF STATE
STATE OF ILLINOIS

This Apostille only certifies the signature and the seal or stamp it bears. It does not certify content of the document for which it was issued.
THIS APOSTILLE IS NOT VALID WITHIN THE UNITED STATES OF AMERICA

♻ Printed on recycled paper. Printed by authority of the State of Illinois. August 2019 — 100M — I 168.4

STATE OF ILLINOIS    )
County of Cook    )    KAREN A. YARBROUGH, County Clerk    February 24, 2020

I, Karen A. Yarbrough, County Clerk for the County of Cook, in the State of Illinois, and Keeper of the Records and files for Cook County do hereby certify that the attached is the true and correct copy of the original Record on file, all of which appears from the records and files in my office. IN WITNESS THEREOF, I have hereunto set my hand and affixed the Seal of the County of Cook, at my office, in the applicable City within Cook County, while in the State of Illinois.

MATCHING I D C    FILL IN THIS FORM WITH TYPEWRITER OR LEGIBLE PRINTING    ORIGINAL

### STATE OF ILLINOIS
### CERTIFICATE OF LIVE BIRTH

Registration District No. 16.10

Registered Number    112-65 685099

Child's Birth Number

| 1. Place of Birth | | | 2. Usual Residence of Mother (Where does mother live?) | |
| --- | --- | --- | --- | --- |
| A. State Illinois | B. County Cook | | A. State Illinois | B. County Cook |
| C. ☒ Inside corporate limits and in Chicago — City, Village, or Incorporated Town | | | C. ☒ Inside corporate limits and in Chicago — City, Village, or Incorporated Town | |
| D. ☐ Outside corporate limits and in — Township, or Road District No. | | | D. ☐ Outside corporate limits and in — Township, or Road District No. | |
| E. Name of Hospital or Institution Research and Educational | | | 3. Residence address (Street & No. or R.F.D. and Post Office) 1159 North Larabee | |
| F. If not in hospital or institution, give Street & No. or R.F.D. & P.O. | | | F. Does mother reside on a farm? Yes ☐ No ☒ | |

CHILD

| 3. Child's Name A. (First) Mark | B. (Middle) Linden | C. (Last) Kenning | 4. Sex Male |
| --- | --- | --- | --- |
| 5A. This Birth was Single ☒ Twin ☐ Triplet ☐ | 5B. If Multiple, Child born 1st ☐ 2nd ☐ 3rd ☐ 4th ☐ | 6. Date of Birth (Hour) 10:19 (Month) September (Day) 21, (Year) 1965 | |

FATHER

| 7. Father's Full Name A. (First) Robert | B. (Middle) | C. (Last) Manning | 8. His Race Negro |
| --- | --- | --- | --- |
| 9. His Age 29 Years | 10. His Birthplace (City and State or Country) Gould, Arkansas | 11A. His Usual Occupation Warehouse - man | 11B. Kind of Business or Industry Paper Company |

MOTHER

| 12. Mother's Full Maiden Name A. (First) Helen | B. (Middle) | C. (Last) Jones | 13. Her Race Negro |
| --- | --- | --- | --- |
| 14. Her Age 30 Years | 15. Her Birthplace (City and State or Country) Homer, Louisana | 16. Mother's Mailing Address 1159 North Larabee | |

| 17. Informant (Signature) Helen Manning | | |
| --- | --- | --- |
| I hereby certify that this child was born alive on the date stated above. | 18A. Signature [signed] | 18B. Attendant at Birth M.D. ☒  D.O. ☐  Midwife ☐  Other (Specify) |
| | 18C. Address 840 South Wood Street | 18D. Date Signed 9/23/65 |
| | | 18E. Illinois License Number 36-38896 |
| 19. Received for Filing on SEP 28 1965 | (Signed) Samuel L. Andelman, MD | Local Registrar |

VS 100—BUREAU OF STATISTICS—ILLINOIS DEPARTMENT OF PUBLIC HEALTH—SPRINGFIELD

6361356



**County of Cook**
**State of Illinois**

**Office of County Clerk**
**Karen A. Yarbrough**

KAREN A. YARBROUGH
COOK COUNTY CLERK



This copy is not valid unless displaying embossed seals of Cook County and County Clerk signature.

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

Accepted For Value And Honor
Exempt From Levy
For My Remedy, RELEASE OF THE
PROCEEDS, PRODUCTS, ACCOUNTS, AND
FIXTURES in the ORDER(S) to me IMMediately in
the Accordance with the Public Policy HJR-192,
UCC 10-104 and UCC 1-104
EXEMPTION ID # 347689655
UCC Contract Trust Acct. # 112-65685099
Value: $10,000,000,000.00
= Mark Manning